*Messrs. Forbis & Evans,* for Respondent.

---

No. 1,804.—STATE ex rel. SUTTON, RELATOR, *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original—Writ of Supervisory Control.

(For former opinion, see 27 Mont. 128, 69 Pac. 988.)

On motion to tax costs.

Decided January 31, 1903.

PER CURIAM.—Relator's cost bill and respondents' motion to tax costs herein having been submitted heretofore to the court: It is ordered that all the objections of respondents to the cost bill of relator be and the same are hereby overruled, except as to the item of $63.00 for preparation of the record, and that the said item of $63.00 be and the same is hereby stricken out and disallowed and the rest of said cost bill allowed.

(MR. JUSTICE HOLLOWAY, having taken no part in the consideration of this cause, takes no part in this decision.)

*Messrs. McBride & McBride,* for Relator.

*Messrs. McHatton & Cotter,* for Respondents.